IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY L. WILSON                                                    PLAINTIFF

v.                              No. 3:16-cv-307-DPM

COOK, Trumann Police Department;
TRUMANN POLICE DEPARTMENT                                         DEFENDANTS

ORDER

1. Wilson didn't submit a calculation sheet with his application to proceed *in forma pauperis*; and he says jail staff refused to sign the certification page. A jail official must complete and sign the certificate and calculation sheet. Wilson's application, № 1, is therefore denied without prejudice.

2. The Court directs the Clerk to send Wilson another application to proceed *in forma pauperis* with a copy of this Order. Wilson must submit the completed application and certified calculation sheet by 14 December 2016. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If jail officials still refuse to complete and sign the paperwork, then Wilson must note that on the forms and submit them to the Court by December 14th.

3. The Court directs the Clerk to send a copy of this Order to the Poinsett County Sheriff, 1500 Justice Drive, Harrisburg, Arkansas, 72432.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2016