IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY L. WILSON                                                           PLAINTIFF

v.                              No. 3:16-cv-307-DPM

COOK, Trumann Police Department;
TRUMANN POLICE DEPARTMENT                                      DEFENDANTS

JUDGMENT

Wilson's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2017